FILED

UNITED STATES COURT OF APPEALS

MAY 15 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In Re: | No. 13-80114 |
|---|---|
| PAUL HANSMEIER, Esq., Application for Admission to the bar of the Ninth Circuit, | ORDER |
| Respondent. | |

Before: Peter L. Shaw, Appellate Commissioner.

The court has received Paul Hansmeier's application for admission to the bar of the Ninth Circuit. The court is informed that respondent is the subject of a referral to the Minnesota State Bar and to the Central District of California Standing Committee on Discipline, based on a finding of moral turpitude in *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333-ODW(JCx) (C.D. Cal. May 6, 2013) (Order Imposing Sanctions).

Accordingly, the application for admission to the bar of the Ninth Circuit is held in abeyance pending completion of proceedings in the Minnesota State Bar and any other action commenced by the Central District of California Standing Committee on Discipline. Counsel Hansmeier shall file a status report within 60 days after the date of this order describing the status of the referral and any other

dl/Appellate Commissioner

actions related to the *Ingenuity 13 LLC v. Doe* order, and shall file further status reports every 60 days thereafter.  The failure to file a timely status report will be construed as a withdrawal of the application for admission to the bar of the Ninth Circuit.