Paul Hansmeier (MN Bar #387795)
40 South 7th Street
Suite 212-313
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: <br><br> PAUL HANSMEIER, Esq., <br><br> Application for Admission to the bar of the Ninth Circuit | No. 13-80114 <br><br> **PAUL HANSMEIER'S STATUS UPDATE** |

Paul Hansmeier hereby submits a status report regarding the proceedings arising from the Order Imposing Sanctions in *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333-ODW(JCx) (C.D. Cal. May 6, 2013). To date, the undersigned has responded to an inquiry from the Central District of California Standing Committee on Discipline and is in the process of responding to an inquiry from the Minnesota State Bar. The Order Imposing Sanctions is on appeal to this Court.

|  |  |
|---|---|
| DATED: July 16, 2013 | Respectfully submitted, |
|  | /s/ Paul R. Hansmeier |
|  | Paul Hansmeier (MN Bar #387795) |
|  | 40 South 7th Street |
|  | Suite 212-313 |
|  | Minneapolis, MN 55402 |
|  | Telephone: (612) 234-5744 |
|  | mail@classjustice.org |