Paul Hansmeier (MN Bar #387795)
40 South 7th Street
Suite 212-313
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: <br><br> PAUL HANSMEIER, Esq., <br><br> Application for Admission to the bar of the Ninth Circuit | No. 13-80114 <br><br> **PAUL HANSMEIER'S STATUS UPDATE** |

Paul Hansmeier hereby submits a status report regarding the proceedings arising from the Order Imposing Sanctions in *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333-ODW(JCx) (C.D. Cal. May 6, 2013). To date, there have been no developments since the previously-submitted status report.

DATED: September 24, 2013

Respectfully submitted,

/s/ Paul R. Hansmeier
Paul Hansmeier (MN Bar #387795)
40 South 7th Street
Suite 212-313
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org