FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| In Re: | No. 13-80114 |
|---|---|
| PAUL HANSMEIER, Esquire, Application for Admission to the bar of the Ninth Circuit Pending, | ORDER |
| Respondent. | |

Before: Peter L. Shaw, Appellate Commissioner.

The court is in receipt of respondent Hansmeier's second status report. As proceedings before the Minnesota State Bar and the Central District of California Court are still ongoing, the application for admission to this court's bar remains in abeyance pending completion of those proceedings. Respondent shall continue to file status reports with this court every 60 days describing the status of the referral and any other actions relating to Ingenuity 13 LLC v. Doe.

DL/Appellate Commissioner