Paul Hansmeier (MN Bar #387795)
40 South 7th Street
Suite 212-313
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org

*In Propria Persona*

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE:<br><br>PAUL HANSMEIER, Esq.,<br><br>Application for Admission to the bar of the Ninth Circuit | No. 13-80114<br><br>**PAUL HANSMEIER'S STATUS UPDATE** |

Paul Hansmeier hereby submits a status report regarding the proceedings arising from the Order Imposing Sanctions in *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333-ODW (JCx) (C.D. Cal. May 6, 2013). It is Hansmeier's understanding that, on May 23, 2014, the State Bar of California indicated that it "completed the investigation of the allegations of professional misconduct [in the *Ingenuity 13* matter] and determined that this matter does not warrant further action" and closed the matter without taking any disciplinary action.

DATED: June 2, 2014                /s/ Paul R. Hansmeier
                                   Paul Hansmeier (MN Bar #387795)
                                   40 South 7th Street
                                   Minneapolis, MN 55402
                                   Telephone: (612) 234-5744
                                   mail@classjustice.org