Paul Hansmeier (MN Bar #387795)
40 South 7th Street
Suite 212-313
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org

*In Propria Persona*

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE: <br><br> PAUL HANSMEIER, Esq., <br><br> Application for Admission to the bar of the Ninth Circuit | No. 13-80114 <br><br> **PAUL HANSMEIER'S STATUS UPDATE** |

Paul Hansmeier hereby submits a status report regarding the proceedings arising from the Order Imposing Sanctions in *Ingenuity 13 LLC v. Doe*, No. 2:12-cv-8333-ODW (JCx) (C.D. Cal. May 6, 2013). There have been no developments in these proceedings aside from the California Bar's decision to close its investigation.

DATED: May 26, 2015  /s/ Paul R. Hansmeier
Paul Hansmeier (MN Bar #387795)
40 South 7th Street
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org